No. 52400.—Biological Raw Products Co. et al. *v.* United States, protests 125865–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

BEFORE THE SECOND DIVISION, JUNE 23, 1948

No. 52401.—H. H. Schmidt Glove Co., Inc. *v.* United States, protests 905498–G, etc. (New York).

Opinion by LAWRENCE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

No. 52402.—H. H. Schmidt Glove Co., Inc. *v.* United States, protests 930371–G, etc. (New York).

Opinion by LAWRENCE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

No. 52403.—Montgomery Ward & Company *v.* United States, protests 119038–K and 119645–K (New York).

Opinion by LAWRENCE, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.